UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS ANTHONY MANNO** | * | CIVIL ACTION |
| **VERSUS** | * | NO. |
| **SMITH HOSIERY, INC.,** | * | SECTION |
| **TRAVELERS INSURANCE COMPANY &** | | |
| **STATE FARM AUTOMOBILE INSURANCE** | * | JUDGE |
| **COMPANY** | | |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come the defendants, Smith Hosiery, Inc. and The Phoenix Insurance Company (*incorrectly* named Travelers Insurance Company), who file this Notice of Removal and request that this cause of action, which is pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, No. C-716616, Section 23, be removed to the United States District Court for the Middle District of Louisiana, on the basis of diversity of citizenship and the potential that the plaintiff's claims may exceed the threshold amount of $75,000.00.

I.

On March 8, 2022, plaintiff Thomas Manno filed a Petition for Damages against Smith Hosiery, Inc., and The Phoenix Insurance Company as a result of alleged injuries he suffered in an accident that occurred on May 7, 2021. Mr. Manno alleges that Claude Brewer, who was employed by Smith Hosiery, Inc. and driving a vehicle owned by Smith Hosiery, struck the vehicle plaintiff was operating. Mr. Brewer died as a result of the collision and is not a party to plaintiff's lawsuit. Mr. Manno alleges that Smith Hosiery is liable as the employer of the deceased Mr. Brewer. He

alleges that The Phoenix Insurance Company was the insurance carrier for Smith Hosiery. Plaintiff also alleges that State Farm Mutual Automobile Insurance Company is liable as his *uninsured/underinsured* motorist carrier. See Exhibit A: Petition for Damages.

II.

Adding State Farm as plaintiff's UM carrier appears to be an effort to defeat diversity and prevent this case being removed to federal court based on 28 USC 1332(c)(1) in that an "insurer shall be deemed a citizen of - (A) every state and foreign state of which the insured is a citizen;…" However, diversity of citizenship is not destroyed because plaintiff has alleged a claim against his UM carrier State Farm. The courts in the 5th Circuit have recognized that a first party UM carrier is *not* considered *liability* insurance for purposes of 28 USC 1332(c)(1), and that an insured's suit against its own UM carrier is not a direct action under the statute. See Earl v. Myers, 10-1885, 2010 WL 4875656 (E.D. La. 11/23/10) (Zainey, J.); Thomas v. Pace, 08-1574, 2008 WL 4091674 (E.D. La. 08/27/08) (Lemelle, J.); Gonzalez v. GEICO, 99-3707, 2000 WL 235236 (E.D. La. 02/28/00) (Vance, J.); Evanston Ins Co. v. Jimco, Inc., 844 F2d 1185 (5 Cir 1988); Hernandez v. Travelers Ins Co., 489 F2d 731 (5 Cir 1974).

Petitioners would also argue that plaintiff has no possibility of recovery from State Farm as The Phoenix Insurance Company policy provides liability coverage of up to $1,000,000.00, which is sufficient to properly compensate plaintiff should defendant Smith Hosiery be found at fault for this accident. In addition, Smith Hosiery has an excess/umbrella insurance policy with Travelers Property Casualty Company of America with coverage of up to $5,000,000.00. As a result, the citizenship of State Farm Mutual Automobile Insurance Company is immaterial for diversity purposes. Smallwood v. Illinois Central Railroad Company, 385 F.3d 568 (5th Cir. 2004). Therefore, complete diversity exists between plaintiff and the properly joined defendants.

III.

Thomas Manno is a citizen of the State of Louisiana. Petitioners distinctly and affirmatively allege that Smith Hosiery, Inc., was incorporated in Atlanta, Georgia, and its principal place of business is Atlanta, Georgia. Smith Hosiery, Inc., is therefore a citizen of the State of Georgia. Petitioners distinctly and affirmatively allege that The Phoenix Insurance Company was incorporated in Hartford, Connecticut, and its principal place of business is Hartford, Connecticut. The Phoenix Insurance Company is therefore a citizen of the State of Connecticut. Petitioners distinctly and affirmatively allege that State Farm Mutual Automobile Insurance Company was incorporated in Bloomington, Illinois and its principal place of business is Bloomington, Illinois. State Farm Mutual Automobile Insurance Company is therefore a citizen of the State of Illinois.

IV.

Process of the original petition was served upon The Phoenix Insurance Company through the Louisiana Secretary of State on March 17, 2022. *See* Exhibit B: Notice of Service of Process. Process was also served on Smith Hosiery, Inc., via registered agent, on March 17, 2022. *See* Exhibit C: Citation. Upon petitioners best information and belief, State Farm Mutual Automobile Insurance Company was served through the Louisiana Secretary of State on March 14, 2022. All defendants consent to this removal as required pursuant to 28 USC 1446(b)(2)(A). Gillis v. Louisiana, 294 F3d 755 (5 Cir 2002). *See* Exhibit D: email from State Farm attorney to undersigned counsel consenting to the Removal.

V.

Although plaintiff did allege in his lawsuit that he was suffering from severe injuries to his head, neck, back and legs with physical pain and suffering, mental and emotional pain and anguish,

3

lost wages, loss of enjoyment of life, scaring and disfigurement, and medical expenses, no information on plaintiff's injuries or treatment was provided to The Phoenix Insurance claims adjuster beyond the stated boilerplate allegeations. Also, to date, no medical records have been provided to the petitioners. It was not until July 25, 2022, that they learned plaintiff's claim may exceed the threshold amount of $75,000.00. In his answers to petitioners' Interrogatories, plaintiff stated that since the May 2021 automobile accident he "is continuing to receive medical treatment for his injuries. He has recently undergone cervical epidural injections…" *See* Exhibit E, page 6: Plaintiff's Answers to Defendant, Smith Hosiery's First Set of Interrogatories No. 3. Although, plaintiff's discovery responses were dated June 13, 2022, there is no evidence defendants received them on that date, as defendants first notice of the responses was not until July 25, 2022. *See* Exhibit E, pages 1-2, dates of email communications between plaintiff attorney to undersigned counsel. Upon information and belief, plaintiff attorney sent the Interrogatory responses on June 13, 2022, only to counsel for co-defendant State Farm.

VI.

Given Mr. Manno's cervical epidural injections and his continuing treatment more than a year following the accident, petitioners believe that the plaintiff's alleged injuries may exceed the threshold amount of $75,000.00.

VII.

As a result, this Honorable Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that the plaintiff and the properly joined defendants are diverse, and the amount in controversy exceeds $75,000.00.

VIII.

This action is removable pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action brought in a State court on which the district courts of the United States have original jurisdiction.

IX.

The Notice of Removal is being filed within thirty (30) days of the receipt by petitioners of papers from which they ascertained that the case has become removable in accordance with 28 U.S.C. § 1446(b).

X.

Petitioners will promptly serve written notice of the filing of this Notice of Removal on the plaintiffs and a copy of this Notice for Removal will be filed with the Clerk of 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**WHEREFORE**, defendants, Smith Hosiery, Inc. and The Phoenix Insurance Company, pray for removal of the above numbered and entitled cause of action from 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to this, United States District Court for the Middle District of Louisiana.

Respectfully submitted,

**MARICLE & ASSOCIATES**

 /s/ Michael R. Zsembik
**MICHAEL R. ZSEMBIK - LSBA #8691**
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana  70002
Telephone:  (504) 832-7630
Facsimilie : (855) 833-4259
Email: mzsembik@travelers.com
*Attorney for Smith Hosiery, Inc. and The Phoenix Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of August, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

        /s/Michael R. Zsembik
**MICHAEL R. ZSEMBIK**