EAST BATON ROUGE PARISH   C-716616
Filed Mar 08, 2022 3:02 PM      23
Deputy Clerk of Court

| | |
|---|---|
| THOMAS ANTHONY MANNO | SUIT NO.: _____ DIVISION:___ |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| SMITH HOSIERY, INC., TRAVELERS INSURANCE COMPANY, & STATE FARM AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel come plaintiff, **THOMAS ANTHONY MANNO**, a person of full age of majority and residing in the Parish of East Baton Rouge, State of Louisiana, who represent the following:

1.

Made defendants herein are the following:

a. **SMITH HOSIERY, INC.**, a foreign corporation with a principal business establishment in Louisiana, made basis of this litigation, doing business in the State of Louisiana, who can be served through its registered agent, David Sherman, Attorney, located at One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001;

b. **TRAVELERS INSURANCE COMPANY,** a foreign insurance company, doing business in the State of Louisiana, believed to provide insurance coverage for Smith Hosiery, Inc., made basis for this litigation, who can be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and

c. **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a foreign insurance company, doing business in the State of Louisiana, believed to provide insurance coverage for Smith Hosiery, Inc., made basis for this litigation, who can be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

2.

This Honorable Court has jurisdiction in this matter because the damages occurred within this state, the defendant is a citizen of this state, and the damages claimed by Petitioner is within the jurisdictional limits of the Court.

3.

Venue is proper in West Baton Rouge pursuant to La. C.C.P. Article 42, et seq., but particularly, article 74 wherein the incident occurred in West Baton Rouge Parish.

4.

The defendants are justly and truly indebted unto petitioner for damages, injuries, and losses that has been sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

1

Certified True and Correct Copy
CertID: 2022030900385

*Myrihla Rosette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).


Exh. A

5.

On or about May 7, 2021, at approximately 2:24 p.m., the petitioner was operating a 2018 Freightliner Truck bearing VIN Number 1FVACXFE8JHJY4327 and Indiana license plate number 2729799 which is owned by Nucor Supply, LLC, the petitioner's employer.

6.

The petitioner was stopped eastbound on I-10, in West Baton Rouge Parish, Louisiana for a short time, when suddenly, violently, and without any warning, was struck in the rear of his vehicle by Claude D. Brewer.

7.

Claude D. Brewer was operating a 2017 Ford Transit bearing VIN 1FTYR3XMXHKA62878 and Georgia license plate number RFN5390.

8.

Claude D. Brewer suffered catastrophic injuries from the subject incident which led to his immediate death. Upon information and belief, Mr. Brewer was pronounced dead at the incident scene.

9.

The vehicle operated by Claude D. Brewer is believed to be owned by the defendant, **SMITH HOSIERY, INC.**

10.

Upon information and belief, at the time of the incident, the defendant, **TRAVELERS INSURANCE COMPANY** issued an automobile liability insurance policy in favor of the defendant(s), **SMITH HOSIERY, INC.**, and under the laws of the State of Louisiana, was in full force and effect at the time of the incident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

11.

Upon information and belief, the deceased, Claud D. Brewer, was an employee of **SMITH HOSIERY, INC.**, and was in the course and scope of employment at the time of the subject collision made a basis of this litigation. Therefore, pursuant to Louisiana Civil Code Article 2320 and under the theory of *Respondeat Superior*, **SMITH HOSIERY, INC.**, is responsible for the damages due to the actions of their employee, Claud D. Brewer, in the course and scope of employment.

2

Certified True and Correct Copy
CertID: 2022030900385

*Myrihh Rosette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

12.

Petitioner alleges that at all times pertinent hereto, neither in no way contributed to the causation of the incident and/or injuries sustained.

13.

As a result of the fault and/or negligence of the defendants in causing the aforementioned incident, **THOMAS ANTHONY MANNO**, suffered severe and disabling injuries including but not limited to his head, neck, back and legs.

14.

As a result of the aforementioned incident, **THOMAS ANTHONY MANNO**, suffered the following damages including but not limited to:

a. Physical pain and suffering – past, present, and future;

b. Mental and emotional pain, anguish, and distress – past, present, and future;

c. Medical expenses – past, present, and future;

d. Loss of wages and/or impairment of earning capacity – past, present, and future;

e. Loss of enjoyment of life – past, present, and future;

f. Scaring and disfigurement; and

h. Other damages and losses to be shown at trial.

15.

Petitioner alleges that the substantial cause of the above-described incident was the fault and/or negligence of Claude D. Brewer, which is described in part but not exclusively as follows:

a) In failing to see what he should have seen, and if having seen, in failing to stop;

b) In failing to maintain control of his vehicle;

c) In driving in a reckless disregard for the safety of others;

d) In failing to stop for traffic;

e) In failing to drive his vehicle with due regard for the safety of all persons; and

f) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

16.

Petitioner alleges that the substantial cause of the above-described accident was the fault and/or negligence of **SMITH HOSIERY, INC.**, as the employer of the deceased, Claude D. Brewer, which is described in part but not exclusively as follows:

Certified True and Correct Copy
CertID: 2022030900385
East Baton Rouge Parish
Deputy Clerk of Court
Myrikle Rosette
Generated Date: 3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

a) In failing to properly hire and train employees;

b) In failing to employ a safe and competent driver;

c) In failing to properly supervise and instruct its drivers;

d) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

17.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., the petitioner is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring, the deceased, Claude D. Brewer and/or **SMITH HOSIERY, INC.**, for the claims made by Petitioner herein. Further, Petitioner herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

18.

Upon information and belief, at the time of the incident, the defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** issued an automobile uninsured/underinsured insurance and medical payments coverage in favor of the petitioner, **THOMAS ANTHONY MANNO**, and under the laws of the State of Louisiana, was in full force and effect at the time of the incident, and which insurance inures to the benefit of Petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269

**WHEREFORE** the petitioner prays that this petition be deemed good and sufficient and that the defendants be served with a copy of the petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the petitioner, **THOMAS ANTHONY MANNO** and against the defendants, **SMITH HOSIERY, INC., TRAVELERS INSURANCE COMPANY**, and **STATE FARM AUTOMOBILE INSURANCE COMPANY**, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from the date of the judicial demand, until paid, and for all cost of these proceedings.

4

Certified True and Correct Copy
CertID: 2022030900385

*Myrikh Rosette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted,

FINI LAW FIRM

Johanna R. H. Fini (#38541)
Amira A. Makke (#37291)
P.O. Box 82202, BR, La 70884
405 St. Ferdinand Street, BR, La 70802
Telephone: (225) 955-1122
Facsimile: (800) 856-8762
Jo@FiniLawFirm.com
Amira@FiniLawFirm.com

**PLEASE SERVE:**

**SMITH HOSIERY, INC**
*Who may be served through:*
David Sherman, Attorney
One Galleria Boulevard, Suite 1100,
Metairie, Louisiana 70001

**TRAVELERS INSURANCE COMPANY**
*Who may be served through:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**STATE FARM AUTOMOBILE INSURANCE COMPANY**
*Who may be served through:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

5

Certified True and Correct Copy
CertID: 2022030900385

Myrikle Rosette
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH  C-716616
Filed Mar 08, 2022 3:02 PM     23
Deputy Clerk of Court

| | |
|---|---|
| THOMAS ANTHONY MANNO | SUIT NO.: _____ DIVISION:___ |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| SMITH HOSIERY, INC., TRAVELERS INSURANCE COMPANY, & STATE FARM AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, Fini Law Firm, as counsel for Petitioner, **THOMAS ANTHONY MANNO**, in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted,

FINI LAW FIRM

Johanna R. H. Fini (#38541)
Amira A. Makke (#37291)
P.O. Box 82202, BR, La 70884
405 St. Ferdinand Street, BR, La 70802
Telephone: (225) 955-1122
Facsimile: (800) 856-8762
Jo@FiniLawFirm.com
Amira@FiniLawFirm.com

Myrikle Rosette

Certified True and Correct Copy
CertID: 2022030900386
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 3/9/2022 10:27 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).